**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL HARON, | : | No. 129 MM 2018 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 28th day of August 2018, Appellee, Michael Haron's Application for Award of Attorneys' Fees is **DENIED**.